Shawn A. McMillan, Esq. (Cal. Bar # 208529)
attyshawn@netscape.net
Stephen D. Daner, Esq. (Cal. Bar # 259689)
steve.mcmillanlaw@gmail.com
Adrian M. Paris, Esq. (Cal Bar # 301355)
adrian.mcmillanlaw@gmail.com
THE LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
Phone: (858) 646-0069
Fax: (858) 746-5283

Attorneys for Plaintiffs, Totiyanna Turner and Freddie Madrigal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Totiyanna Turner, an individual; Freddie Madrigal, an individual,

Plaintiffs,

vs.

Kristina Butcher, an individual; Brenda Lemley-Spence, an individual; Shirley Hanson, an individual; Chastine Thomas, an individual; Terros Health, a private corporation; and Does 1 through 50, inclusive,

Defendants.

Case No: 2:18-cv-03210-JJT

**JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANTS KRISTINA BUTCHER AND BRENDA LEMLEY-SPENCE**

**Judge:** Hon. John J. Tuchi

**Complaint Filed**: October 8, 2018

**TO THE COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs and Defendants Kristina Butcher and Brenda Lemley-Spence hereby notify the Court that Plaintiffs and Defendants Kristina Butcher and Brenda Lemley-Spence have reached a settlement of all claims against these defendants. These parties have exchanged and signed the finalized settlement agreement.

Based on that settlement agreement, Plaintiffs hereby move the Court to dismiss all claims against only Defendants Butcher and Lemley-Spence *with prejudice.* Once the Court approves the proposed order filed concurrently with this notice, there will be no claims remaining against any Defendants.

Based on the foregoing, it is respectfully requested that the Court vacate all dates presently set, issue the concurrently-filed order, and enter judgment in this case.

Dated: December 30, 2019

The Law Offices of Shawn A. McMillan, A.P.C.

/s/ Adrian M. Paris
Shawn A. McMillan, Esq.
Stephen D. Daner, Esq.
Adrian M. Paris, Esq.
Attorneys for Plaintiffs

Dated: December 30, 2019

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Ravi V. Patel
Georgia A. Staton
Ravi V. Patel
Attorneys for Defendants Kristina Butcher and Brenda Lemley-Spence

**CERTIFICATE OF SERVICE**
**NOTICE OF ELECTRONIC FILING**

*TOTIYANNA TURNER, ET AL. VS. KRISTINA BUTCHER, ET AL.*,
CASE NO.: 2:18-CV-03210-JJT
UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

I am employed in the County of San Diego, State of California. I am over 18 years of age and am not a party to the within action. My business address is 4955 Via Lapiz, San Diego, California 92122.

On December 30, 2019, I electronically filed the foregoing documents described as:

- **JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANTS KRISTINA BUTCHER AND BRENDA LEMLEY-SPENCE**
- **[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS KRISTINA BUTCHER AND BRENDA LEMLEY-SPENCE**

_X_ **(BY ELECTRONIC FILING)** I electronically filed with the Clerk of the Court a true and correct copy of the original as indicated above, and a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case as listed on Attachment A.

And I hereby certify that I have sent the foregoing documents via overnight carrier to the parties who are not registered for the CM/ECF system as following:

**NO NON-ECF PARTIES**.

Parties can access this filing through the Court’s system.

Dated: December 30, 2019

/s/ Adrian M. Paris
Adrian M. Paris

**Attachment A**

| | |
|---|---|
| Ravi V. Patel, Esq.<br>RPatel@jshfirm.com<br>Georgia A. Staton, Esq.<br>JONES, SKELTON &<br>HOCHULI, P.L.C.<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004 | Attorneys for Defendants: Kristina Butcher; Brenda Lemley-Spence |
| Jeffrey H. Wolf, Esq.<br>Jeffrey.Wolf@quarles.com<br>Lauren Elliott Stine, Esq.<br>Kristen M. Arredondo, Esq.<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Attorneys for Defendants: Terros Health; Shirley Hanson |
| Patrick D. White, Esq.<br>pwhite@jsslaw.com<br>Jennings, Strouss & Salmon, P.L.C.<br>One East Washington Street, Suite 1900<br>Phoenix, AZ 85004-2554 | Attorney for Defendant: Chastine Thomas |