**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Totiyanna Turner, *et al.*,

Plaintiffs,

v.

Kristina Butcher, *et al.*,

Defendants.

No. CV-18-03210-PHX-JJT

**JUDGMENT**

Defendants Terros Health and Shirley Hanson were dismissed with prejudice on a Motion to Dismiss (Doc. 64). The other named Defendants in this action, Chastine Thomas, Kristina Butcher, and Brenda Lemley-Spence have been voluntarily dismissed with prejudice. (Docs. 78, 80.) As there are no longer any Defendants remaining in this action,

IT IS ORDERED that Plaintiffs take nothing, that the action be dismissed on the merits and with prejudice. Each side will bear its own costs and attorney's fees.

Dated this 10th day of January, 2020.

Honorable John J. Tuchi
United States District Judge